FILED
CLERK, U.S. DISTRICT COURT

MAY 21 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL JASON TAPIA <br><br> Defendant. | Case No.: CR 10-01130-MMM <br><br> ORDER OF DETENTION <br><br> [Fed. R. Cim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

 The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

 The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

 The Court finds that:

A. (✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _insufficient bail resources_

_____

_____

_____

 and/or

1  B.   (✓) The defendant has not met his/her burden of establishing by clear and
2       convincing evidence that he/she is not likely to pose a danger to the safety of any
3       other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
4       finding is based on: _nature of the offenses; history of_
5       _noncompliance with terms and conditions of_
6       _release._
7       _____
8

9       IT IS THEREFORE ORDERED that the defendant be detained pending the further
10  revocation proceedings.

11
12  Dated: May 21, 2012

                                                        _Alicia G. Rosenberg_
                                                        ALICIA G. ROSENBERG
                                                        United States Magistrate Judge